**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 14-6366**

UNITED STATES OF AMERICA,

Plaintiff – Appellee,

v.

CLEVELAND NELSON, a/k/a Cleve, a/k/a Fat Daddy,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of North Carolina, at Fayetteville.  Malcolm J. Howard, Senior District Judge.  (3:94-cr-00057-H-2)

Submitted:  September 15, 2014      Decided:  September 24, 2014

Before NIEMEYER, WYNN, and DIAZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Cleveland Nelson, Appellant Pro Se.  Shailika K. Shah, OFFICE OF THE UNITED STATES ATTORNEY, Raleigh, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Cleveland Nelson appeals the district court's order denying his 18 U.S.C. § 3582(c) (2012) motion for reduction of sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Nelson, No. 3:94-cr-00057-H-2 (E.D.N.C. Feb. 26, 2014). We deny the motion for summary disposition and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED